■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. JAMES HOLIDAY, Appellant, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Appeal from a judgment of the Supreme Court at Special Term (Crangle, J.), entered July 6, 1983 in Clinton County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing. ¶ Judgment affirmed, without costs (see *People ex rel. Barnes v Smith,* 70 AD2d 764, mot for lv to app den 48 NY2d 602). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.